IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. |
| v. | 3:17-mj-57 |
| ANGELO MEJIA | UNDER SEAL |

FILED
CHARLOTTE, NC
FEB 15 2017
US District Court
Western District of NC

## ORDER SEALING CRIMINAL COMPLAINT, WARRANTS, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

**IT IS HEREBY ORDERED** that the Criminal Complaint, the Arrest Warrants, the Motion to Seal, and this Order be sealed until further order of this Court.

SO ORDERED this 15th day of February 2017.

_____
THE HONORABLE DAVID KEELSER
UNITED STATES MAGISTRATE JUDGE