UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:17CR54-FDW

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| **Plaintiff** | ) |
| | ) ORDER |
| **ANGELO MEJIA** | ) |
| Defendant | ) |

This **MATTER** is before the Court on its own motion to administratively close the case as to **ANGELO MEJIA**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 2, 2017

Frank D. Whitney
Chief United States District Judge